UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 10-10419-RGS |
|  | ) | VIOLATION: |
| V. | ) | 18 U.S.C. § 2113(a) |
|  | ) | Bank Robbery |
| ANDREW C. HIGGINS | ) |  |

## INDICTMENT

COUNT ONE:    18 U.S.C. § 2113(a) - Bank Robbery

The Grand Jury charges that:

On or about November 3, 2010, at Boston, in the District of
Massachusetts,

ANDREW C. HIGGINS,

defendant herein, by force and violence and by intimidation, did
take from the person and presence of another, money, in the
amount of $3,110.00, more or less, belonging to, and in the care,
custody, control, management and possession of Hyde Park Savings
Bank, 1920 Centre Street, West Roxbury, Massachusetts, the
deposits of which were then insured by the Federal Deposit
Insurance Corporation.

All in violation of Title 18, United States Code, Sections
2113(a), and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATIONS:   18 U.S.C. § 981(a)(1)(C) and
                          28 U.S.C. § 2461(c)

   1.   Upon conviction of the offense alleged in Count One of
this Indictment, the defendant,

**ANDREW C. HIGGINS,**

shall forfeit to the United States, pursuant to 18 U.S.C.
§ 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or
personal, that constitutes or is derived from proceeds traceable
to the commission of the offense.

   2.   If any of the forfeitable property described in
paragraph 1, above, as a result of any act or omission of the
defendant:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a
         third person;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property which cannot be
         subdivided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C.
§ 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture
of any other property of the defendant up to the value of the
above property described in subparagraphs (a) through (e) of this
paragraph.

   All pursuant to Title 18, United States Code, Section

981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Kenneth G. Shine
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    December 8, 2010

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk