UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-10419-RGS |
| | ) | |
| ANDREW C. HIGGINS, | ) | |
| Defendant. | ) | |

**UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On December 8, 2010, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Andrew C. Higgins (the "Defendant") with Bank Robbery, in violation of 18 U.S.C. § 2113(a) (Count One). The Indictment also contained Forfeiture Allegations, which gave the Defendant notice that the United States sought forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of the offense alleged in Count One of the Indictment, of any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of the offense.

Pursuant to, and without limiting in any manner the Forfeiture Allegations of the Indictment, the United States hereby gives notice that it is seeking forfeiture of, without limitation, the following specific properties:

1. $2,994 in United States currency seized from Andrew Higgins on or about November 3, 2010;

2. $110 in United States currency seized from J.D. on or about November 3, 2010; and

2

3. $25 in United States currency seized from L.W. on or about November 3, 2010.

           Respectfully submitted,

           CARMEN M. ORTIZ
           United States Attorney

By:   /s/ Veronica M. Lei
       KENNETH G. SHINE
       VERONICA M. LEI
       Assistant United States Attorneys
       U.S. Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210

Dated: December 14, 2010       (617) 748-3100

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the Electronic Court Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

           /s/ Veronica M. Lei
           VERONICA M. LEI
Dated: December 14, 2010       Assistant U.S. Attorney